(Rev. 12-93)

# FORM 1. VOLUNTARY PETITION

| United States Bankruptcy Court | VOLUNTARY PETITION |
|---|---|

| IN RE (Name of debtor - If individual  enter Last, First, Middle)<br>Baker, Geogory A. | NAME OF JOINT DEBTOR (Spouse)(Last, First, Middle)<br>Baker, Sandra D. |
|---|---|
| ALL OTHER NAMES used by the debtor in the last 6 years<br>(Include married, maiden, and trade names)<br>None | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(Include married, maiden, and trade names)<br>None |
| SOC  SEC /TAX I.D. NO. (If more than one  state all)<br>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 | SOC  SEC /TAX I.D  NO  (If more than one, state all)<br>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 |
| STREET ADDRESS OF DEBTOR (No  and street, city, state and zip code)<br>9721 S. Merrill<br>Chicago, IL 60617 | STREET ADDRESS OF JOINT DEBTOR (No  and street, city, state and zip code)<br>9721 S. Merrill<br>Chicago, IL 60617 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from address listed above) | VENUE (Check one box) |
|---|---|
| | ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District |

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR (Check one box)**
- ☑ Individual
- ☑ Joint (Husband & Wife)
- ☐ Partnership
- ☐ Other _____
- ☐ Corporation Publicly Held
- ☐ Corporation Not Publicly Held
- ☐ Municipality

**NATURE OF DEBT (Check one box)**
- ☑ Non-Business/Consumer
- ☐ Business - Complete A & B below

**A. TYPE OF BUSINESS (Check one box)**
- ☐ Farming
- ☐ Professional
- ☐ Retail/Wholesale
- ☐ Railroad
- ☐ Transportation
- ☐ Manufacturing/ Mining
- ☐ Stockbroker
- ☐ Commodity broker
- ☐ Construction
- ☐ Real Estate
- ☐ Other Business

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)**
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13
- ☐ Sec. 304 Case Ancillary to Foreign Proceeding

**SMALL BUSINESS (Chapter 11 only)**
- ☐ Debtor is a small business as defined in 11 U.S.C. §101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. §1121(e). (Optional)

**FILING FEE (Check one box)**
- ☑ Filing fee attached
- ☐ Filing fee to be paid in installments.  (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form No. 3.

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**
J.K. Benjamin & Associates, Ltd.

Telephone No.

NAME(S) OF AT
(Print or Type Na

☐ Debtor is n
by an attor

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/25/2004
Time: 11:10:58
Debtor: GEOGORY A BAKER
Case: 04-11843     Fee : 20
Chapter: 13 Rec. # : 3070922
Judge: Jack Schmetterer
341 mtg: 05/04/2004
ConfHrg: 05/26/2004 @ 12:30PM
Trustee: TOM VAUGHN

1:04BK11843-BK001

### STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)
(Estimates only)  (Check applicable boxes)

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED ASSETS (In thousands of dollars)**

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-o |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

**ESTIMATED LIABILITIES (In thousands of dollars)**

| Under 50 | 50-99 | 100-499 | 500-999 | 1,000-9,999 | 10,000-99,999 | 100,000-o |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

**EST  NO. OF EMPLOYEES - CH 11 & 12 ONLY**

| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

**EST. NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY**

| 0 | 1-19 | 20-99 | 100-999 | 500-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2000 ©1991-95, New Hope Software

Name of Debtor    *BAKER, GREGORY & SANDRA*

Case No _____

(Court use only)

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only  Check appropriate box

☐ A copy of debtor's proposed plan dated _____ is attached    ☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| *DERKSON FED BLDG, CHGO, IL* | 96 B 34962 | 12-30-96 |
| | 97 B 32215 | 10-28-97 |
| | 99 B 13522 | 4-27-99 |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |

### REQUEST FOR RELIEF

Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

X    #(773)221-5760

Signature                                    Date

### INDIVIDUAL/JOINT DEBTOR(S)

I declare under penalty of perjury that the information provided in this petition is true and correct.

X _____
Signature of Debtor

Date _____

X _____
Signature of Joint Debtor

Date _____

### CORPORATE OR PARTNERSHIP DEBTOR

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

X _____
Signature of Authorized Individual

Print or Type Name of Authorized Individual

Title of Individual Authorized by Debtor to File this Petition

Date _____
If debtor is a corporation filing under chapter 11, Exhibit "A" is attached and made part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title

If I am represented by an attorney, exhibit "B" has been completed

X _____    Date _____
Signature of Debtor

X _____    Date _____
Signature of Joint Debtor

### EXHIBIT "B"
(To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    Date _____
Signature of Attorney

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110 that I prepared this document for compensation and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security Number

Address                                    Tel No

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X _____
Signature of Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110  18 U.S.C §156

# DISCLOSURE OF COMPENSATION -- Rule 2016 (b)

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-names debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is $

2. The source of the compensation paid, or to be paid to me was the debtor.

3. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

Date _                    Signature _____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                          )        B
                                                )
        Debtor(s)                               )        Judge

## CHAPTER 13 PLAN : DATED _____

1) Debtor shall submit all of his future income, or such portion as is necessary for the execution of this plan, to the control of the trustee. Debtor shall pay to the trustee $365 each month payable at the rate of $ _365_ per _MONTH_ [specify per week, (month), every other week, or twice a month].

2) From the payments specified above, creditors with secured and Section 507 priority claims shall be paid 100%.

3) Debtor shall pay to the trustee the equivalent of _365_ monthly payments as set forth above, or as may be amended, or such lesser sum as is sufficient to pay all allowed claims in full. It is estimated that general unsecured claimants will receive _100_ % of the amount of their claims. In the event general unsecured creditors receive less than _100_ % within 36 months, debtor shall continue making plan payments for an additional 24 months or until the Trustee has received sufficient funds to pay _100_ to allowed unsecured claimants, whichever occurs first. _WE PRAY, TRUSTEE AND CREDITORS ALLOW US TO PAY MORTGAGE DEBT WITHIN FIRST 24 MONTHS._

4) Disbursements shall be made in the following order:

   A. Costs of administration.

   B. Current mortgage payments due after filing to the following mortgage holders in the following monthly set amounts:

| Mortgage Co. Name | Monthly Amount Amount | To be disbursed by: Debtor or Trustee |
|---|---|---|
| EMC MORTGAGE | 579.11 | DEBTOR |
| FAIRBANK CAPITAL | 268.68 | DEBTOR |

the trustee is the disbursing agent, the trustee shall increase or decrease the amount of said payments upon receiving written notification of said payment change from debtor or creditor.

In re _____Sandra & Gregory Baker_____     Case No. _____
                          Debtor                                              (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community)." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Townhouse<br><br>9721 S. Merrill<br>Chicago, IL 60617 | | | 35,000 | Exceeds FMV |
| Townhouse<br><br>9719 S. Merrill<br>Chicago, IL 60617 | | | 35,000 | 22,000 |
| | | Total ▶ | 70,000 | |

(Report also on Summary of Schedules)

Bankruptcy2000 ©1991-95, New Hope Software

FORM B6B
(10/89)

Sandra & Gregory Baker

In re _____     Case No. _____
                        Debtor                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, of both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | | 25 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Electronics & Furnishings | | 2,000 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | | 200 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2000 ©1991-95, New Hope Software

FORM B6B
(10/89)

In re  Sandra & Gregory Baker
_____
Debtor

Case No. _____
(if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

FORM B6B
(10/89)

In re ___Sandra & Gregory Baker_____  Case No. _____
                          Debtor                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1995 FORD WINDSTAR | | 1,000 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |
| | | ___ continuation sheets attached | Total ▶ | $ 3,225 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

Bankruptcy2000 ©1991-99, New Hope Software

FORM B6C
(6/90)

In re  Sandra & Gregory Baker
_____
              Debtor

Case No_____
                              (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

[✓]  11 U.S.C. §522(b)(f)  Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

[ ]  11 U.S.C. §522(b)(2)  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Cash | H-735ILCS5/12-1001(a) | 25 | 25 |
| Clothing | H-735ILCS5/12-1001(a)<br>W-735ILCS5/12-1001(a) | 100<br>100 | 200 |
| Electronics & Furnishings | H-735ILCS5/12-1001(a)<br>W-735ILCS5/12-1001(a) | 1,000<br>1,000 | 2,000 |
| 1995 FORD WINDSTAR | H-735ILCS5/12-1001(e)<br>W-735ILCS5/12-1001(e) | 1,200<br>0<br>1,200 | 1,000 |
| 9721 S. Merrill | H-735ILCS5/12-901<br>W735ILCS5/12-901 | 7,500<br><br>7,500 | 35,000 |
| 9719 S. Merrill | H-735ILCS5/12-901<br>W-735ILCS5/12-901 | 7,500<br>7,500 | 40,000 |

Bankruptcy2000 ©1991-95, New Hope Software

FORM B6D
(6/90)

In re Sandra & Gregory Baker _____    Case No. _____

      Debtor                                     (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1429802<br><br>EMC MORTGAGE PAYMENT PROCESSING DEPT P.O. BOX 225749 DALLAS, TX 752222 | | | Lien: Mortgage<br>Security: 9721 S. MERRILL CHGO, IL 60617<br><br>Value $ 35,000 | | | | 34,647.⁷⁰ | 34,647.⁷⁰ |
| ACCOUNT NO. 0003599586<br><br>EMC MORTGAGE PAYMENT PROCESSING DEPT P.O. BOX 225749 DALLAS, TX 752222 | | | Lien: Mortgage(Arrears)<br>Security: 9721 S. MERRILL<br><br>Value $ 35,000 | | | | 5654.⁰⁸ | 5654.⁰⁸ |
| ACCOUNT NO. 0003599586<br><br>FAIRBANK CAPITAL CORP P.O. BOX 79157 PHOENIX, AZ 85062-9157 | | | Lien: Mortgage<br>Security: 9719 S. MERRILL CHICAGO, IL 60617<br><br>Value $ 35,000 | | | | 17,354.²⁴ | 17,354.²⁴ |
| ACCOUNT NO. 0003599586<br><br>FAIRBANK CAPITAL CORP. P.O. BOX 79157 PHOENIX, AZ 85062-9157 | | | Lien: Mortgage(Arrears)<br>Security: 9719 S. MERRILL<br><br>Value $ 35,000 | | | | 3220.⁴⁸ | 3220.⁴⁸ |

1 ___ Continuation sheets attached

                              Subtotal ▶  $ 8667.25   mtge bal 52,001.96
               (Total of this page)
                                 Total ▶  $ 60,669.21   mtg arrears 8,667.25
               (Use only on last page)

(Report total also on Summary of Schedules)

BAKER Gregory and Sandra                          Case No._____
_____
         Debtor(s)                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. §507 (a)(2).

☐ **Wages, salaries, and commissions** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives up to $4,000* per person, earned within 90 days immediately preceding the filing of the original petition or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507 (a)(3).

☐ **Contributions to employee benefit plans** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507 (a)(4).

☐ **Certain farmers and fishermen** Claims of certain farmers and fishermen, up to $4,000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a)(5).

☐ **Deposits by individuals** Claims of individuals up to $1,800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use that were not delivered or provided. 11 U.S.C. §507 (a)(6).

☐ **Alimony, Maintenance, or Support** Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. §507 (a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507 (a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. §507 (a)(9).

● Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D ● | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# 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 ILLINOIS DEPT OF REVENUE P.O. BOX 19084 SPRINGFIELD, IL 62794 | | | 1999 ILL INCOME 1998 TAX 1996 TAX | | 57.73 | 57.73 |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |

___0___ Continuation sheets attached.

Subtotal -> (Total of this page) | 57.73

Total -> (use only on last page of the completed Schedule E) | 57.73

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.          (Report total also on Summary of Schedules)

andra & Gregory Baker

Case No. _____

_____
Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules

☑ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM, |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 01M1616384<br>CITY OF CHICAGO ADMINISTRATION, DEPT OF REVENUE ATTORNEY GOLDMAN & GRANT 134 N. LA SALLE #1717 CHGO, IL 60602 | | | 1987 OR EARLY 90's SUBJECT TO SET ? | | | | |
| ACCOUNT NO.<br>Chgo DEPT OF Revenue BUREAU OF PARKING 333 S. STATE ST. CHICAGO, IL 60604 | | | DLD 8260.7946. 1857<br>" 8260.7946.873 PARKING TICKETS, ASD952 RFH576          364-3910 XNX544          C575095 WVA 606          D175638 T125 165          Et AL | | | | 3113 |
| ACCOUNT NO. 9721 S. MERRILL<br>PEOPLE GAS 130 E. RANDOLPH CHGO, IL 60601 | | | (Tenants pay own utility bill) UTILITY BILL FOr 9721 S. MERRILL only residence | | | | 1218.18 |
| ACCOUNT NO. 9721 S. MERRILL<br>COMMONWEALTH EDISON P.O. BOX 767 CHGO, IL 60609 LEGAL DEPT. | | | UTILITY BILL | | | | |

10-4 Continuation sheets attached

Subtotal ▶ $ 4331.18  0

Total ▶ $          0

(Report total also on Summary of Schedules)

Baker,                      Debtor                              Case No.                    (If Known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT CR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 20505863-9 Trinity Hospity P.O. Box 70173 Chicago, Il 60673 | | | Hospital Bill | | | | $50 |
| ACCOUNT NO. SBC AMERITECH Bill Payment Center Chicago, IL 60663 | | | PHONE BILL | | | | 630 |
| ACCOUNT NO. 99813522 Chapter 13 Tom Vaughn Trustee 200 S. Michigan st 1300 Chgo IL 60604 | | | TRUSTEE's LAST BANKRUPTCY CLAIM Balance due | | | | 1505.46 |
| ACCOUNT NO. 85926341045 AT&T WIRELESS - Chgo P.O. Box 8220 Aurora, IL 60572-8220 | | | PHONE BILLS | | | | $23 |
| ACCOUNT NO. 41217417627970112 GREGORY BAKER CAPITAL ONE. Secure Card P.O. Box 85018 Richmond, VA 23285 | | | CREDIT CARD | | | | 1386 |
| ACCOUNT NO. 4388647408660020 SANDRA BAKER CAPITAL ONE Secure Card P.O. Box 85018 Richmond, VA 23285 | | | CREDIT CARD | | | | 1362 |

Subtotal ➢ $ 4976.46
(Total of this page)
Total ➢ $
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

Sheet no. 2 of 4 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

© E-Z LEGAL FORMS*

K100-15B

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 403115240050154 SANDRA BAKER PROVIDIAN P.O. BOX 193827 SAN FRANCISCO, CA 94119-3827 | | | CREDIT CARD | | | | $1216.78 |
| ACCOUNT NO. CITY OF CHICAGO DEPT. OF WATER 333 S. STATE ST. Rm L10 CHGO IL 60604 | | | 9717 S. MERRILL 9721 S. MERRILL | | | | $1033.06 |
| ACCOUNT NO. 344.64.5048 JACKSON PARK HOSPITAL 7531 S. Stony Island Chicago, IL 60649 | | | PATIENT | | | | 145 |
| ACCOUNT NO. 3FL51183 MCI RESID SERVICE P.O. BOX 17890 DENVER, CO 80217 | | | cell phone | | | | 542.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. 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 NORTHWEST BUSINESS COLLEGE 7725 S. NARLEM Bridgeview, IL 60455 | | | Call # (847) 173-5560 acc/# 196437 originated 1-14-97 | | | | $595 |

Subtotal ➤ $3531.85
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F)

Sheet no. ___2___ of ___4___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

(Report total also on Summary of Schedules)

Baker, Gregory and Sandra                                    Case No.
                    Debtor                                              (If Known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 805 9060 288 220 <br> WATSON ADJ. SERVICE AMR & ASSOCIATES 3125 NORTH WESTERN CHGO, IL 60618 | | | 1.800.448.1812 <br> UNK? BILL - ON CREDIT REPORT <br> RE: TRINITY HOSPITAL | | | | $77 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. 05-005 286043 <br> CREDIT COLLECTION SERVICE PAYMENT PROCESSING SERV P.O. BOX 55124 BOSTON, MA 02205-5126 | | | ? <br> TEL (800) 775-8220 <br> RE: FOUNDERS INSURANCE | | | | 113.80 ? |
| ACCOUNT NO. 90995157287 <br> COLUMBIA HOUSE DYNACOLL, INC 3070 LAWSON BLVD P.O. BOX 9017 OCEANSIDE, NY 11572 | | | CD's | | | | 172.69 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. P 137529 <br> VILLAGE OF OAK LAWN 9446 S. RAYMOND AVE. OAK LAWN, IL 60453 | | | PARKING TICKET | | | | $25 |

Sheet no. 4 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 388.49
(Total of this page)

Total ➤ $ 13,227.98
(Use only on last page of the completed Schedule F)
(Report total also on Summary of Schedules)

FORM B6G
(10/89)

In re Sandra & Gregory Baker

Debtor

Case No. _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.   State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Bankruptcy2000 ©1991-93, New Hope Software

FORM B6H
(6/90)

In re ___Sandra & Gregory Baker_____   Case No _____
                          Debtor                                              (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2000 ©1991-99, New Hope Software

FORM B6I
(6/90)

In re ___Sandra & Gregory Baker_____   Case No_____
                  Debtor                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES  *JOHN BAKER*  Gregory Baker  Jimmie Baker  Eddie Baker | AGE  *13*  *18*  *17*  *15* | RELATIONSHIP *SON*  Son  Son  Son |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *SECURITY OFFICER* | *HOMEMAKER* |
| Name of Employer | *JEWEL - OSCO FOOD STORE* | |
| How long employed | *3-15-04* | |
| Address of Employer | *CHICAGO, IL* | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ *1520* | $ |
| | $ 0 | $ 0 |
| Estimated monthly overtime | | |
| SUBTOTAL | $ *0* | $ *0* |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ *100* | $ *0* |
| b. Insurance | $ 0 | $ 0 |
| c. Union dues | $ 0 | $ 0 |
| d. Other (Specify) _____ | $ 0 | $ 0 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ *100* | $ 0 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ *1420* | $ *0* |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0 | $ 0 |
| Income from real property | $ | $ *800* |
| Interest and dividends | $ 0 | $ 0 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ 0 |
| Social security or other government assistance (Specify) _____ | $ 0 | $ 0 |
| Pension or retirement income | $ 0 | $ 0 |
| Other monthly income | $ | $ |
| (Specify) _____ | $ 0 | $ 0 |
| _____ | $ 0 | $ 0 |
| TOTAL MONTHLY INCOME | $ *1420* | $ *800* |

TOTAL COMBINED MONTHLY INCOME $ *2220*        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2000 ©1991-95, New Hope Software

FORM B6J
(6-90)

In re  Sandra & Gregory Baker _____ ,   Case No. _____
              Debtor                                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

[✓] Check this box is a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 579.11 |
| Are real estate taxes included? Yes ✓ No ____ | | |
| Is property insurance included? Yes ✓ No ____ | | |
| Utilities   Electricity and heating fuel | $ | 90 |
|        Water and sewer | $ | 150 |
|        Telephone | $ | |
|        Other ____ | $ | |
| Home maintenance (Repairs and upkeep) | $ | |
| Food | $ | 400 |
| Clothing | $ | 40 |
| Laundry and dry cleaning | $ | |
| Medical and dental expenses | $ | |
| Transportation (not including car payments – GAS 8/0 PER DAY Commute | $ | 234.2 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| Charitable contributions | $ | |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|        Homeowner's or renter's | $ | |
|        Life | $ | |
|        Health | $ | |
|        Auto | $ | 135 |
|        Other ____ | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) ____ | $ | |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | $ | 0 |
|        Auto | $ | 0 |
|        Other FAIRBANK CAPITAL MORTGAGE CURRENT PAYMENTS | $ 226.68 | 0 |
|        Other ____ | $ | 0 |
| Alimony, maintenance, and support paid to others | $ | 0 |
| Payments for support of additional dependents not living at your home | $ | 0 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0 |
| Other ____ | $ | 0 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)     $ 1855.24

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | 2220 |
| B. Total projected monthly expenses | $ | 1855    806 |
| C. Excess income (A minus B) | $ | 365 |
| D. Total amount to be paid into plan each 365 ᴾ monthly | $ | 365 |
|        (interval) | | |

Bankruptcy2000 ©1991-95, New Hope Software

FORM B6 - Cont.
(6-90)

# United States Bankruptcy Court

In re ___Sandra & Gregory Baker_____    Case No. _____

                  Debtor                                          (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 70,000 | | |
| B - Personal Property | YES | 3 | $ 3225 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 60,669.21 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $ 57,173 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 13,227.?? | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2220 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 1855 |
| Total Number of Sheets in ALL Schedules ▶ | | 15 | | | |
| Total Assets ▶ | | | 73,225 | | |
| Total Liabilities ▶ | | | | 73,954.92 | |

Bankruptcy2000 ©1991-95, New Hope Software

Form B6-Cont.
(12 94)

In re _____,     Case No. _____
                        Debtor                                                  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
sheets and that they are true and correct to the best of my knowledge, information and belief.          (Total shown on summary page plus 1)

Date _____          Signature X _____
                                                                                        Debtor

Date _____          Signature _____
                                                                                        (Joint Debtor, if any)

                                                                 [If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer                                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FORM 7
Rev. 12/94

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT

In Re: Sandra & Gregory Baker _____   Case No._____
                 (Name)                                               (If known)

              Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In Business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None       State the gross amount of income the debtor has received from employment, trade, or profession, or from operation
☐    of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE (if more than one) |
|---|---|---|---|
| 2004 (H) | 3112.⁵⁰ | Employment | THE CORE FOOD MART |
| 2003 (H) | 11,768 | Employment | |
| 2002 (H) | 13,909 | Employment | |
| | | | |
| 2004 (W) | U/E | Employment | |
| 2003 (W) | 1354 | Employment | REAL ESTATE INCOME |
| 2002 (W) | 2038 | Employment | REAL ESTATE INCOME |

Bankruptcy2000 ©1991-99, New Hope Software

**2. Income other than from employment of operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to Creditors**

None ☒

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4a. Suits and administrative proceedings, executions, garnishments and attachments**

None ☒

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

① *BANKERS TRUST* ———— *5332 S. Honore, Chgo*          *41,600*

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |

② *BANKERS TRUST* ———— *2218 EAST 97ʰ ST, Chgo*          *35,000*

**6a. Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |

None ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & CASE NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |

**7. Gifts**

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |

Bankruptcy2000 ©1991-95, New Hope Software

**8.   Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None ☒

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case or since the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.   Other transfers**

None ☒

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11.   Closed financial accounts**

None ☒

List all financial accounts and instrumei ⟍____ .. of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

Bankruptcy2000 ©1991-95, New Hope Software

**12. Safe deposit boxes**

None
☒

    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☒

    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☒

    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☒

    If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**[Questions 16 - 21 are not applicable to this case]**

\*   \*   \*   \*   \*   \*

Bankruptcy2000 ©1991-95, New Hope Software

**15.  Prior address of debtor**

None ☒

      If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, also any separate address of either spouse.

ADDRESS                    NAME USED                  DATES OF OCCUPANCY

### [Questions 16 - 21 are not applicable to this case]
*  *  *  *  *  *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature X
                              of Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____           Social Security No. _____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
_____
Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer              Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. §110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                        0_____  continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

Bankruptcy 2000 ©1991-93, New Hope Software

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMENDED
CREDITORS LIST

EMC MORTGAGE CORP.
PAYMENT PROCESSING DEPT.
P.O. BOX 225749
DALLAS, TX 75222-4833

EMC MORTGAGE ATTORNEY
C/O KROPIK, PAPUGA & SHAW
120 SOUTH LASALLE
CHICAGO, IL 60603

FAIRBANK CAPITAL CORP.
PAYMENT PROCESSING DEPT.
P.O. BOX 79157
PHOENIX, AZ 85062

CITY OF CHICAGO
DEPT OF WATER
333 S. STATE ST.
CHICAGO, IL 60604

ILLINOIS DEPT. OF REVENUE
P.O. BOX 19084
SPRINGFIELD, IL 62794

CITY OF REVENUE
BUREAU OF PARKING
333 S. STATE ST.
CHICAGO, IL 60604

CITY OF CHICAGO ADM.
DEPT. OF REVENUE
ATTORNEY GOLDMAN & GRANT
134 N. LA SALLE  #1717
CHICAGO, IL 60602

PEOPLE GAS
130 E. RANDOLPH
CHICAGO, IL 60601

AT&T WIRELESS
P.O. BOX 9220
AURORA, IL 60572

COMMONWEALTH EDISON
P.O. BOX 767
CHICAGO, IL 60609
LEGAL DEPT.

CAPITAL ONE SERVICE CARD
P.O. BOX 85018
RICHMOND, VA 23285

TRINITY HOSPITAL
2320 E. 93RD ST.
CHICAGO, IL 606

PROVIDIAN
P.O. BOX 193827
SAN FRANCISCO, CA 94119

SBC AMERITECH
BILL PAYMENT CENTER
CHICAGO, IL 60663

JACKSON PARK HOSPITAL
7531 S. STONY ISLAND AVE.
CHICAGO, IL 60649

CHAPTER 13 TRUSTEE
TOM VAUGHN, TRUSTEE
200 S. MICHIGAN, ST 1300
CHICAGO, IL 60604

MCI RESIO SERVICE
P.O. BOX 17890
DENVER, CO 80217

CREDITORS LIST
CONTINUATION SHEET

NORTHWEST BUSINESS COLLEGE
7725 S. HARLEM
BRIDGEVIEW, IL 60455

EMSCO MGMT SERVICE
RMR & ASSOCIATES
3725 N. WESTERN
CHICAGO, IL 60618

CREDIT COLLECTION SERVICE
PAYMENT PROCESSING SERVICE
P.O. BOX 55126
BOSTON, MA  02205

COLUMBIA HOUSE
DYMACOL, INC
3070 LAWSON BLVD
P.O. BOX 9017
OCEANSIDE, NY  11572

VILLAGE OF OAK LAWN
9446 S. RAYMOND AVE.
OAK LAWN, IL 60453

# UNITED STATES BANKRUPTCY COURT

In re _____ '

               Debtor

Case No. _____

Chapter _____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 1 page, is true, correct and complete to the best of my knowledge.

Date  _3.5.04_____

Signature
of Debtor  X _____

Date  _____

Signature
of Joint Debtor  _____

J K. Benjamin & Associates. Ltd.

# United States Bankruptcy Court

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

**Chapter 7: Liquidation ($130 filing fee plus $30 administrative fee)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($130 filing fee plus $30 administrative fee)**

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain other debts including criminal restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($800 filing fee)**

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($200 filing fee)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

_____
Date

X_____
Signature of Debtor

_____
Case Number

WHITE—DEBTOR COPY      PINK—COURT COPY