IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: GREGORY A. AND SANDRA D. BAKER ) | |
| ) | |
| ) | |
| SELECT PORTFOLIO SERVICING FKA FAIRBANKS ) | |
| CAPITAL CORPORATION/JPMORGAN CHASE BANK, ) | |
| AS TRUSTEE, ) | |
| ) | |
| Creditor, ) | |
| vs. ) | CASE NO. 04B11843 |
| ) | JUDGE JACK B. SCHMETTERER |
| GREGORY A. AND SANDRA D. BAKER, ) | |
| Debtor ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes SELECT PORTFOLIO SERVICING fka Fairbanks Capital

Corporation/JPMorgan Chase Bank, As Trustee, by and through its

attorneys, Pierce & Associates, P.C., and hereby responds to the

Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the March 1, 2007 contractual payment

   and all those thereafter.

2. The following is an itemization of the amount due on the loan

   as of February 5, 2007:

   a. Attorney's Fees                              $250.00

   b. Bankruptcy Fees                            $1,150.00
      (Listed in the COC not paid by the Trustee)
      Total                                      $1,400.00

If no challenge to foregoing is made by motion filed with the

court and served on the undersigned an the trustee within thirty

days of this notice, SELECT PORTFOLIO SERVICING fka Fairbanks

Capital Corporation/JPMorgan Chase Bank, As Trustee rights to

collect these amounts will remain unaffected.

                                        Respectfully Submitted,
                                        SELECT PORTFOLIO SERVICING fka
                                        Fairbanks Capital
                                        Corporation/JPMorgan Chase Bank,
                                        As Trustee

                                        /s/A. Stewart Chapman
                                        A. Stewart Chapman
                                        ARDC#6255733

                                        Pierce and Associates, P.C.
                                        1 North Dearborn Street
                                        Suite 1300
                                        Chicago, Illinois 60602
                                        (312)346-9088