```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 11843
   GREGORY A BAKER
   SANDRA D BAKER                              CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-8048    SSN XXX-XX-0744

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/25/2004 and was confirmed 09/15/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 12/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
--------------------------------------------------------------------------------
EMC MORTGAGE               CURRENT MORTG         .00             .00             .00
EMC MORTGAGE               MORTGAGE ARRE     8350.43             .00         8350.43
FAIRBANKS CAPITAL CORP     CURRENT MORTG         .00             .00             .00
FAIRBANKS CAPITAL CORP     MORTGAGE ARRE     3662.76             .00         3662.76
ILLINOIS DEPT OF REVENUE   SECURED           2256.55             .00         2256.55
CITY OF CHICAGO            NOTICE ONLY    NOT FILED              .00             .00
CITY OF CHICAGO PARKING    UNSEC W/INTER     4223.00          723.65         4223.00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER     1762.05          837.45         1762.05
COMMONWEALTH EDISON        NOTICE ONLY    NOT FILED              .00             .00
TRINITY HOSPITAL           UNSEC W/INTER  NOT FILED              .00             .00
AT & T BANKRUPCTY          UNSEC W/INTER      524.22           91.53          524.22
TOM VAUGHN                 UNSEC W/INTER  NOT FILED              .00             .00
AT & T WIRELESS            UNSEC W/INTER  NOT FILED              .00             .00
CAPITAL ONE BANK           UNSEC W/INTER     1069.57          183.19         1069.57
CAPITAL ONE BANK           UNSEC W/INTER      849.57          145.69          849.57
PROVIDIAN PROCESSING SER   UNSEC W/INTER  NOT FILED              .00             .00
CITY OF CHICAGO WATER DE   SECURED           1451.21             .00         1451.21
JACKSON PARK HOSPITAL      UNSEC W/INTER  NOT FILED              .00             .00
MCI RESIDENTIAL SERVICES   UNSEC W/INTER  NOT FILED              .00             .00
NORTHWESTERN BUSINESS CO   UNSEC W/INTER  NOT FILED              .00             .00
EMSCO                      UNSEC W/INTER  NOT FILED              .00             .00
CREDIT COLLECTION SERVIC   UNSEC W/INTER  NOT FILED              .00             .00
COLUMBIA HOUSE             UNSEC W/INTER  NOT FILED              .00             .00
VILLAGE OF OAK LAWN        UNSEC W/INTER  NOT FILED              .00             .00
CITY OF CHICAGO WATER DE   SECURED           1734.15             .00         1734.15
SACO 1999-3 NORWEST BANK   COST OF COLLE         .00             .00             .00
FAIRBANKS CAPITAL CORP     COST OF COLLE         .00             .00             .00
SACO 1999-3 NORWEST BANK   COST OF COLLE         .00             .00             .00
COOK COUNTY TREASURER      SECURED            568.90             .00          568.90
SELECT PORTFOLIO SERVICI   COST OF COLLE         .00             .00             .00
FAIRBANKS CAPITAL CORP     COST OF COLLE         .00             .00             .00
SACO 1999-3 NORWEST BANK   COST OF COLLE         .00             .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 11843 GREGORY A BAKER & SANDRA D BAKER
```

```
SACO 1999-3 NORWEST BANK  COST OF COLLE         .00                      .00              .00
CITY OF CHICAGO PARKING   UNSEC W/INTER NOT FILED                        .00              .00
ILLINOIS DEPT OF EMP SEC  UNSEC W/INTER NOT FILED                        .00              .00
GLEASON & MACMASTER       ATTORNEY          2200.00                      .00          2200.00
LUCIUS AUTO REPAIR        UNSEC W/INTER NOT FILED                        .00              .00
INTERNAL REVENUE SERVICE  PRIORITY      NOT FILED                        .00              .00
SACO 1999-3 NORWEST BANK  COST OF COLLE   1000.00                        .00          1000.00
CITY OF CHICAGO PARKING   UNSEC W/INTER    740.00                      47.18           740.00
CITY OF CHICAGO WATER DE  SECURED             .00                        .00              .00
PRO SE DEBTOR             DEBTOR ATTY         .00                                         .00
TOM VAUGHN                TRUSTEE                                                    2,097.55
DEBTOR REFUND             REFUND                                                        68.28

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                34,586.93

PRIORITY                                              .00
SECURED                                         19,024.00
UNSECURED                                        9,168.41
    INTEREST                                     2,028.69
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                             2,097.55
DEBTOR REFUND                                       68.28
                       ---------------        ---------------
TOTALS                 34,586.93                34,586.93
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 04 B 11843 GREGORY A BAKER & SANDRA D BAKER